**Opinion filed April 30, 2025**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-25-00070-CV

_____

## IN THE MATTER OF N.R., A JUVENILE

**On Appeal from the Juvenile Court**
**Taylor County, Texas**
**Trial Court Cause No. 5910-J**

### M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order in which the juvenile court waived its jurisdiction over Appellant, N.R., and transferred the cause to a criminal district court. *See* TEX. FAM. CODE ANN. § 54.02(j) (West 2022), § 56.01(c)(1)(A), (h) (West Supp. 2024). Appellant has filed a motion to dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, which is signed by him and his counsel. *See* TEX. R. APP. P. 42.1(a)(1). A waiver of Appellant's right to appeal is attached to the motion, which states that Appellant understands the consequences of his waiver and that "he is freely and voluntarily dismissing his appeal." The waiver is also signed by Appellant and his counsel. The motion complies with Section 51.09 of the Texas Family Code. *See* FAM. § 51.09; *In re A.S.H.*, 615 S.W.3d 699 (Tex. App.—Amarillo 2021, no pet.) (mem. op.).

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY

CHIEF JUSTICE


April 30, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.